Exhibit 2

| **Infringement Claim Chart for U.S. Pat. No. US7256899B1 v. Zirkonzahn USA, Inc. ("Defendant")** | |
|---|---|
| **Claim16** | **Evidence** |
| 16. A system for acquiring an approximation of a surface geometry of a 3-dimensional object comprising: | The Zirkonzahn Detection Eye scanning system is a system for acquiring an approximation of a surface geometry of a 3-dimensional object.<br><br>For example, the Detection Eye scanning system is for measuring the three-dimensional shape of an object using projected light patterns and a camera system. The Detection Eye scanner includes a scanner wand having a scanner head that projects a series of light patterns onto the scan target. When light projects onto the object's surface, the patterns become distorted. The camera system captures these images and sends them for processing to the included high-performance notebook computer that executes 3D scanning software.<br><br> |

Source: https://zirkonzahn.com/assets/files/brochueren/EN-Brochuere-IOS-web.pdf



Source: https://zirkonzahn.com/assets/files/anleitungen-informationen-studien/EN-Flyer-Detection-Eye-web.pdf

**Zirkonzahn**

## EFFICIENT FOR THE DENTIST



**PRACTICITY**

*High-performance notebook with touchscreen and touchpad; scanner with anti-fog function and LED indicator to guide the user during scanning; the heating of the scan tips can be set according to usage conditions; extra-oral function available*



**HYGIENE**

*Through the "Motion Sensing" function, it is possible to use different options directly from the intraoral scanner (e.g. rotate or repeat scans, go to the next step, etc.): this minimises contact with the computer, for a safe and efficient scanning*



**FUNCTIONA-LITY**

*Efficient and fast scanning of all oral situations, with photo-realistic colours; scanning of different surfaces such as Transfer Fork or lips; flexible scanning distance (from 5 mm to direct contact)*



**ERGONOMICS**

*The cart allows to position Detection Eye and the notebook safely and to adjust the height ergonomically; in the drawer, scan tips and accessories can be stored in a tidy way*

Source: https://zirkonzahn.com/assets/files/brochueren/EN-Brochuere-IOS-web.pdf





Source: https://zirkonzahn.com/en/products/machines-and-equipment/detection-eye#videos





Source: https://zirkonzahn.com/en/products/machines-and-equipment/detection-eye#videos

| means for establishing an object coordinate system in known relationship to the object; | The Zirkonzahn Detection Eye scanning system includes means for establishing an object coordinate system in known relationship to the object.<br><br>For example, the Detection Eye scanning system includes a high-performance notebook computer to establish an object coordinate system using an image of the target object and the position of the scanner head when the image was captured.<br><br> |





the touchscreen and after the registration of the occlusion all scans are aligned automatically by the software.

Source: https://zirkonzahn.com/en/products/machines-and-equipment/detection-eye#videos

| means for projecting a pattern of structured light of known geometry onto the object; | The Zirkonzahn Detection Eye scanning system includes means for projecting a pattern of structured light of known geometry onto the object.<br><br>For example, the scanning head of the Detection Eye scanning system includes a blue light source that projects a series of structured light patterns onto the scan target. |
| --- | --- |



**TECHNICAL DATA**

| | |
|---|---|
| Size of the measuring field | Standard tip: 16 mm x 12 mm; up to 22 mm depth<br>Small tip: 12 mm x 9 mm; up to 22 mm depth |
| Dimensions (L x W x H) | 281 mm x 46 mm x 33 mm |
| Weight | 240 g (without cable) |
| Scanning time per jaw | < 60 seconds |
| Output formats | Open: STL, OBJ, PLY |
| Functioning | Non-contact scanner with structured light |

Source: https://zirkonzahn.com/en/products/machines-and-equipment/detection-eye



scanner produces photorealistic real-time scans

Source: https://zirkonzahn.com/en/products/machines-and-equipment/detection-eye#videos

| means for forming an image of an intersection of the pattern of structured light with the object; | The Zirkonzahn Detection Eye scanning system includes means for forming an image of an intersection of the pattern of structured light with the object.<br><br>For example, the scanning head of the Detection Eye scanning system includes a camera system. The camera system includes an electro-optical image sensor that captures the patterns of the light projected onto the target object. |
|---|---|



 

Source: https://zirkonzahn.com/en/products/machines-and-equipment/detection-eye#videos

11



the touchscreen and after the registration of the occlusion all scans are aligned automatically by the software.

Source: https://zirkonzahn.com/en/products/machines-and-equipment/detection-eye#videos

*The artificial intelligence automatically removes scanning artefacts. The software detects irrelevant data (e.g. soft tissues, fingers or the dentist's instruments) and removes them in real time to obtain clean scans*

*Through the "Motion Sensing" function, it is possible to use different options directly from the intraoral scanner (e.g. rotate or repeat scans, go to the next step, etc.): this minimises contact with the computer, for a safe and efficient scanning*

Source: https://zirkonzahn.com/assets/files/brochueren/EN-Brochuere-IOS-web.pdf

| processing means for generating a set of | The Zirkonzahn Detection Eye scanning system includes processing means for generating a set of data characterizing the intersection relative to a position of the |
| --- | --- |

| data characterizing the intersection relative to a position of the pattern of light; | pattern of light.<br><br>For example, the Detection Eye scanning system includes a high-performance notebook computer that executes algorithms for processing the images of light patterns captured by the camera system.<br><br><br><br>Source: https://zirkonzahn.com/en/products/machines-and-equipment/detection-eye#videos<br><br><br><br>Source: https://zirkonzahn.com/en/products/machines-and-equipment/detection-eye#videos |
|---|---|



Source: https://zirkonzahn.com/assets/files/brochueren/EN-Brochuere-IOS-web.pdf



| | |
|---|---|
| | Source: https://zirkonzahn.com/assets/files/brochueren/EN-Brochuere-IOS-web.pdf |
| transmitting means for transmitting some portion of the image or intersection data to a receiver; | The Zirkonzahn Detection Eye scanning system includes transmitting means for transmitting some portion of the image or intersection data to a receiver.<br><br>For example, the Detection Eye scanning system includes USB port. The processor in the notebook computer that executes the image processing algorithms has a serial port (e.g., UART - Universal Asynchronous Receiver/Transmitter) that transmits the processed intersection data to the USB port. |

| | |
|---|---|
| | *The patient case can be sent directly to the dental technician by selecting the laboratory in the Zirkonzahn.DetectionEye software; alternatively, the scans can be saved into "MyCloud" and sent at a later time. The data can also be shared via USB or other online data transfer methods*<br><br>Source: https://zirkonzahn.com/assets/files/brochueren/EN-Brochuere-IOS-web.pdf |
| receiving means for receiving the transmitted processed intersection data; | The Zirkonzahn Detection Eye scanning system includes receiving means for receiving the transmitted processed intersection data.<br><br>For example, the USB port of the Detection Eye scanning system includes a USB transceiver for implementing the USB protocol and sending data out over the USB port. The USB transceiver has a receiver for receiving the processed intersection data from the serial port of the processor before the data is sent out over the USB port.<br><br>*Flexible export and data transfer, ideally via the dedicated cloud or through Zirkonzahn.Archiv, USB, e-mail and other file transfer methods* |

| | |
|---|---|
| | *The patient case can be sent directly to the dental technician by selecting the laboratory in the Zirkonzahn.DetectionEye software; alternatively, the scans can be saved into "MyCloud" and sent at a later time. The data can also be shared via USB or other online data transfer methods*<br><br>Source: https://zirkonzahn.com/assets/files/brochueren/EN-Brochuere-IOS-web.pdf |
| tracking means for tracking the position of the projected pattern of structured light; | The Zirkonzahn Detection Eye scanner includes tracking means for tracking the position of the projected pattern of structured light.<br><br>For example, the Detection Eye scanner includes algorithms that execute on the high-performance notebook computer. The algorithms perform automatic alignment of the scan images by tracking the position at which a light pattern image was captured in relation to the target object. |

17

# Zirkonzahn

## ZIRKONZAHN.DETECTIONEYE SOFTWARE

### FEATURES OVERVIEW

✓ *Open file formats: export as STL, OBJ, PLY files and automatic alignment of the scan data*

✓ *Intuitive and simply structured user interface for an efficient work process*

✓ *Pre-design functions: preview of complete scans, alignment of scans, tooth marking, bite and undercuts control, automatic detection of preparation margins*

✓ *Settings for extra-oral use (e.g. model scans, Transfer Fork, etc.)*

✓ *Thanks to optimal algorithms and the high performance notebook, the entire jaw can be scanned in one workflow*

✓ *Data can be saved on the cloud with no extra costs and with illimited space*

✓ *By activating a special function, light intensity can be reduced in order to scan metal reconstructions or to avoid superficial artefacts when scanning highly translucent teeth*

✓ *The artificial intelligence automatically removes scanning artefacts. The software detects irrelevant data (e.g. soft tissues, fingers or the dentist's instruments) and removes them in real time to obtain clean scans*

8

Source: https://zirkonzahn.com/assets/files/brochueren/EN-Brochuere-IOS-web.pdf





Source: https://zirkonzahn.com/en/products/machines-and-equipment/detection-eye#videos

| | |
|---|---|
| means for associating each | The Zirkonzahn Detection Eye scanning system includes means for associating each intersection datum with the position of the projected pattern of light at the time the |

| | |
|---|---|
| intersection datum with the position of the projected pattern of light at the time the image corresponding to the datum was formed; | image corresponding to the datum was formed.<br><br>For example, the tracking algorithms are used to track the position of the scanning wand as it is moved from an initial position to other positions to capture light pattern images from different locations around the target object. This enables the Detection Eye scanning system to determine areas of the target object that have not been scanned yet or need an extra scanning pass to reach a maximum level of scan information.<br><br><br><br>*Green markings indicate that the area has not been scanned; grey markings indicate that the scan is in low quality and that extra scans should be performed to reach a maximum level of information.*<br><br>Source: https://zirkonzahn.com/assets/files/brochueren/EN-Brochuere-IOS-web.pdf |
| transforming means for transforming each intersection datum into coordinates of the object coordinate system; and | The Zirkonzahn Detection Eye scanning system includes transforming means for transforming each intersection datum into coordinates of the object coordinate system.<br><br>For example, the high-performance notebook computer calculates the X-Y-Z coordinate points of the entire surface geometry of the target object from the light pattern images as the light pattern shifts from the initial position. This enables the system to align scan images. |

**Zirkonzahn**

# ZIRKONZAHN.DETECTIONEYE SOFTWARE

## FEATURES OVERVIEW

✓  *Open file formats: export as STL, OBJ, PLY files and automatic alignment of the scan data*

✓  *Intuitive and simply structured user interface for an efficient work process*

✓  *Pre-design functions: preview of complete scans, alignment of scans, tooth marking, bite and undercuts control, automatic detection of preparation margins*

✓  *Settings for extra-oral use (e.g. model scans, Transfer Fork, etc.)*

✓  *Thanks to optimal algorithms and the high performance notebook, the entire jaw can be scanned in one workflow*

✓  *Data can be saved on the cloud with no extra costs and with illimited space*

✓  *By activating a special function, light intensity can be reduced in order to scan metal reconstructions or to avoid superficial artefacts when scanning highly translucent teeth*

✓  *The artificial intelligence automatically removes scanning artefacts. The software detects irrelevant data (e.g. soft tissues, fingers or the dentist's instruments) and removes them in real time to obtain clean scans*

8

Source: https://zirkonzahn.com/assets/files/brochueren/EN-Brochuere-IOS-web.pdf





Source: https://zirkonzahn.com/en/products/machines-and-equipment/detection-eye#videos

| accumulating means for accumulating the transformed coordinates to form a model approximating the surface geometry | The Zirkonzahn Detection Eye scanner includes accumulating means for accumulating the transformed coordinates to form a model approximating the surface geometry of the object.<br><br>For example, the computer executes algorithms to align every scan image automatically to create a highly accurate, 3D digital model of the object. |
|---|---|

of the object.





Source: https://zirkonzahn.com/en/products/machines-and-equipment/detection-eye#videos



Source: https://zirkonzahn.com/assets/files/brochueren/EN-Brochuere-IOS-web.pdf