IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATENT ARMORY INC., | § | |
| *Plaintiff*, | § § | |
| v. | § | CASE NO. 2:25-CV-00506-JRG |
| ZIRKONZAHN GMBH, | § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is the Notice of Voluntary Dismissal (the "Notice") filed by Plaintiff Patent Armory Inc. ("Plaintiff"). (Dkt. No. 6.) In the Notice, Plaintiff dismisses this case without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*Id*. at 1.) Defendant Zirkonzahn GmbH has not yet answered the Complaint (Dkt. No. 1) or moved for summary judgment.

Having considered the Motion, the Court **ACKNOWLEDGES AND ACCEPTS** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs, expenses, and attorneys' fees. All pending requests for relief not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 23rd day of July, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE